# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Andrew Massingill,<br><br>     Plaintiff,<br><br>v.<br><br>Save On Everything, Inc.,<br><br>     Defendant. | Civil No.  015-2447 (RHK/TNL)<br><br>**STIPULATION TO<br>EXTEND DEADLINE** |

Plaintiff and Defendant, through their respective counsel, stipulate and request that the Court enter an Order extending the time in which Defendant is permitted to Answer or otherwise respond to the Complaint in the above-captioned matter, up to and including May 22, 2015.

Dated: May 15, 2015        BRIGGS & MORGAN, P.A.

  /s/ Jordan L. Weber
Jordan L. Weber (#0396769)
Scott M. Flaherty (#0388354)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 977-8400
Fax: (612) 977-8650
ATTORNEYS FOR PLAINTIFF

1

Dated: May 15, 2015                                   FORD & HARRISON LLP

/s/ Andrew E. Tanick
Andrew E. Tanick (#178573)
atanick@fordharrison.com
225 South Sixth Street, Suite 3150
Minneapolis, MN  55402
Telephone: (612) 486-1700
Fax: (612) 486-1701
ATTORNEYS FOR DEFENDANT